UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAJA MICHAEL MAWAD and RNS
HOLDINGS LP,

Defendant.

CASE NO. 2:21-cv-00220-TL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) In light of this Court's February 23, 2022, Order (Dkt. No. 17) denying without prejudice Plaintiff United States' Rule 55(a) Motion for Clerk's Entry of Default (Dkt. No. 11) to allow Defendants time to obtain an attorney, the Court *sua sponte* RENOTES THE DEADLINE for Defendant Raja Michael Mawad to respond to the pending Motion for Summary Judgment (Dkt. No. 13) to **May 2, 2022**. The United States' reply brief in support of the Motion for Summary Judgment shall be due on **May 6, 2022**.

1    (2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

2    Dated this 18th day of March 2022.

3

4                        s/ Ravi Subramanian
                              Clerk of the Court

5

6                        s/ Kadya Peter
                              Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2