# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff(s),<br><br>  v.<br><br>RAJA MICHAEL MAWAD and RNS HOLDINGS LP,<br><br>  Defendant(s). | CASE NO. 2:21-cv-00220-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On April 8, 2022, the Court Clerk entered default against Defendant RNS Holdings LP in this matter.

(2) To date, Plaintiff United States of America has not moved for entry of default judgment against Defendant RNS Holdings LP.

MINUTE ORDER - 1

(3) Plaintiff must file its motion for default judgment against Defendant RNS Holdings LP or withdraw their claims against this defendant by no later than **September 21, 2022**.

Dated this 22nd day of August 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk
